**Sheriff**
**Richard K. Jones**

Chief Deputy
Anthony E. Dwyer

Butler County, Ohio

705 Hanover St.
Hamilton, Ohio 45011

Hamilton 513.785.1000
Middletown 513.424.2456
www.butlersheriff.org

June 27, 2006

Mr. John P. Clark
Deputy Assistant Secretary
U.S. Immigration and Customs Enforcement
425 I Street NW, Room 7000
Washington, D.C. 20536

Dear Deputy Assistant Secretary Clark:

I am writing to request participation in the Delegation of Authority Program pursuant to 287 (g) of the Immigration and Naturalization Act. The partnership will enable us to better serve and meet the needs of the residents of Butler County, Ohio.

I have been an advocate for local law enforcement agencies to become authorized to work in partnership with ICE to identify criminal illegal aliens and have spoken nation-wide on this topic. My office has also been in communication with Special Agent in Charge Brian Mosquette from your Detroit office, Resident Agent in Charge Paul Chambers from your Northern Kentucky office and Resident Agent in Charge Rich Wilkins from your Cincinnati office. With their advice, I am proposing the following:

- Establishment of an Identification Review Officer at our Butler County Jail. This is our central processing and detention facility for Butler County, and negotiations are currently underway for our facility to become a regional housing facility for ICE.
- Train (10) of my Sheriff's Deputies who have passed a security background check acceptable to ICE.
- A training facility is available at the Butler County Sheriff's Office where instructors can utilize computer training aids, videos and any other materials they may need.

This program will allow us to enter into a Memorandum of Understanding with ICE that will enable my personnel to work in partnership with ICE to identify criminal aliens who may pose a risk to the citizens of Butler County. I look forward to your speedy endorsement of this request so we can move forward as this program will benefit all of us involved.

Sincerely,

Richard K. Jones
Sheriff
Butler County Sheriff's Office