

STATE OF OHIO
OFFICE OF THE ATTORNEY GENERAL
MARC DANN, ATTORNEY GENERAL

Opinions Section
30 E. Broad St., 15th Floor
Columbus, OH 43215-3400
Telephone: (614) 752-6417
Facsimile: (614) 466-0013
www.ag.state.oh.us

March 15, 2007

The Honorable Robin N. Piper
Butler County Prosecuting Attorney
Government Services Center, 11th Floor
P.O. Box 515
315 High Street
Hamilton, Ohio 45012-0515

Dear Prosecutor Piper:

Thank you for your letter of March 2, 2007, requesting a formal opinion of Attorney General Dann. You ask us to address a series of six questions regarding the authority of a county sheriff to enter into agreements or otherwise cooperate with the federal Immigration and Customs Enforcement Agency for the purpose of arresting and detaining aliens who have gained entrance to the United States illegally, or who are in violation of other state or federal laws. We will address your inquiry as soon as possible.

Upon receipt of this letter please provide to Bobbie Patanus of the Opinions Section, at 1-614-752-6417 or opinionsrequest@ag.state.oh.us, the name of a person within your office that we may contact should we have questions or need additional information about the matters set forth in your letter.

Respectfully,

KEVIN M. McIVER
Chief, Opinions Section
(614) 752-6417

KMM:bp

cc: Merle Pratt, Constituent Services