
# S. O. Getting Federal Immigration Powers, 12-13-2006

    Butler County Sheriff's Office Forum Index -> 2006 Press Releases

View previous topic :: View next topic

| Author | Message |
|---|---|
| **Public Info Officer**<br><br>Joined: 06 Sep 2005<br>Posts: 382 | Posted: Wed Dec 13, 2006 9:35 am    Post subject: S. O. Getting Federal Immigration Powers, 12-13-2006   <br><br>For Immediate Release…. December 13, 2006<br><br>Butler County Sheriff's Office To Receive Federal Immigration Powers<br><br>Butler County Sheriff Richard K. Jones reports he has been formally notified by the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE) Office, that his request for "287 (g) immigration authority" has been approved. (Section 287 (g) of the Immigration and Nationality Act provides for Delegation of Immigration Authority to state and local law enforcement agencies.) It is believed that only seven such "state and local" agencies in the entire United States currently have 287 (g) authority. Under 287 (g), ICE will provide the Sheriff's Office with special training and the direct authority to identify, process, and when appropriate, detain immigration offenders encountered during regular, daily law enforcement activities. In essence, the Butler County Sheriff's Office will have powers to enforce federal immigration law.<br><br>Sheriff Jones, known for his tough stance against illegal alien issues, is quite pleased to accept this new authority. "I've said all along that the federal government doesn't have the resources to keep pace with the ever-growing illegal alien problem throughout the nation, let alone here," said Sheriff Jones. "Very soon, we'll be able to address these issues right here at the local level, right here in Butler County, Ohio," he continued.<br><br>Jones has been striving to obtain these powers for quite some time, almost since his becoming Sheriff in January, 2005. Knowing the Sheriff's Office was very close to achieving this goal, he sent a delegation of six deputies earlier this week to the Mecklenburg County (North Carolina) Sheriff's Office to view their 287 (g) operation and to get a good idea of how the whole process works.. The next, and final, phase to complete this new local immigration authority will include the four-to-five week formalized training of at least ten deputies, and the signing of a written agreement for operations with ICE.<br><br>Prepared by: Sgt. Monte Mayer<br>Public Information Officer<br><br>EXHIBIT B |
| Back to top |  |

Display posts from previous:  All Posts    Oldest First    Go

    Butler County Sheriff's Office Forum Index -> 2006 Press

All times are GMT - 5 Hours

Jump to: 2006 Press Releases  Go

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB © 2001, 2005 phpBB Group